IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAPONZO M. DALLAS,

                Plaintiff,

    v.

DR. K. HORTON, AP BECKER and
SHERIFF RICHARDS,

                Defendants.

ORDER

18-cv-255-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Restricted filer Laponzo Dallas has filed a new complaint alleging that he is in imminent danger because he is being denied treatment for intestinal issues at the Milwaukee County jail. Plaintiff has raised similar claims in previous cases, including 16-cv-720-bbc and 17-cv-870-bbc. He is the subject of a three-strikes order as well as a filing restriction from the Court of Appeals for the Seventh Circuit. As I stated in an order dated December 27, 2017, "[t]his court will consider no further documents from plaintiff related to treatment of his stomach condition at the Milwaukee County jail." Dkt. #6. Therefore, I will deny plaintiff leave to proceed and will close this case.

ORDER

IT IS ORDERED that plaintiff Laponzo Dallas is DENIED leave to proceed on any claim in this case and his complaint is DISMISSED. The clerk of court is directed to close

1

this case. The court will consider no further filings from plaintiff in this case.

Entered this 18th day of April, 2018.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge