IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAPONZO M. DALLAS,

                                                                 JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                                                                      18-cv-255-bbc

v.

DR. K. HORTON, AP BECKER and
SHERIFF RICHARDS,

    Defendants.

       This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed on any claim and dismissing this case.

| /s/ | 4/18/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |