UNITED STATES DISTRICT
WESTERN DISTRICT OF WIS

LAPonzo M. Dallas
                        Plaintiff  Case No. 18 CV-255

v.

DR. K. Horton et al,
                        Defendant

NOTICE OF APPEAL IS HEREBY GIVEN FROM THE JUDGEMENT ENTER BY THE Hon. DISTRICT JUDGE BARBARA B. CRABB APRIL 18th OF 2018, DENYING PLAINTIFF TO PROCEED UNDER IMMINENT DANGER OF SER PHYSICAL INJURY OF TREATMENT CONCERNING INTESTINAL PAIN

Now comes the LaPonzo Dallas Prose Hereby, informing the Court of plaintiff's right to Appeal the Judgement Entered April 18, 18.

Dated May 18, 18 p.m.                    God Bless
                                         [signature]
                                         P. LaPonzo M. Dallas

U.S. Court of App. (7th Cir.)   M.T Co. Jail
cc: Atty of Record              949 N. 9th St
    N.A.A.C.P.                  Milwaukee
                                Wisc. 53377